**NOT FOR PUBLICATION**

UNITED STATES COURT OF APPEALS

FOR THE NINTH CIRCUIT

| | |
|---|---|
| MIGUEL CASTRO-GOMEZ, | No. 09-70584 |
| Petitioner, | Agency No. A079-540-872 |
| v. | |
| ERIC H. HOLDER, Jr., Attorney General, | MEMORANDUM[*] |
| Respondent. | |

On Petition for Review of an Order of the
Board of Immigration Appeals

Submitted March 8, 2011[**]

Before:    FARRIS, LEAVY, and BYBEE, Circuit Judges.

Miguel Castro-Gomez, a native and citizen of Mexico, petitions for review

of the Board of Immigration Appeals' ("BIA") order denying his motion to reopen

removal proceedings.  We have jurisdiction under 8 U.S.C. § 1252.  We review for

---

[*]    This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36-3.

[**]    The panel unanimously concludes this case is suitable for decision without oral argument.  See Fed. R. App. P. 34(a)(2).

abuse of discretion the denial of a motion to reopen, *Iturribarria v. INS*, 321 F.3d 889, 894 (9th Cir. 2003), and we deny the petition for review.

The BIA acted within its discretion in denying as untimely Castro-Gomez's motion to reopen because the motion was filed more than four years after the BIA's final order of removal, *see* 8 C.F.R. § 1003.2(c)(2), and Castro-Gomez did not establish that he acted with the due diligence required for equitable tolling of the time limitation, *see Iturribarria*, 321 F.3d at 897; *see also Singh v. INS*, 213 F.3d 1050, 1054 n.8 (9th Cir. 2000) (statements in motions are not evidence and are therefore not entitled to evidentiary weight).

**PETITION FOR REVIEW DENIED.**